July 15, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

### IN RE CHRISTOPHER SPATES, Relator

NO. 14-14-00525-CV

—————————

**ORIGINAL PROCEEDING**
**WRIT OF HABEAS CORPUS**
**247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2001-61475**

—————————

This Court has reviewed the petition for writ of habeas corpus of relator, Christopher Spates. This Court holds that relator, Christopher Spates, has demonstrated that the commitment order signed on July 1, 2014 by the Honorable Bonnie Crane Hellums, presiding judge of the 247th District Court, Harris County, Texas, in Cause No. 2001-61475, is void. Therefore, this Court grants relator's petition for writ of habeas corpus, and vacates the commitment order dated July 1, 2014 issued by the 247th District Court, Harris County, Texas, in Cause No. 2001-61475.

We therefore order the Clerk of this Court to issue a writ of habeas corpus to the Sheriff of Harris County, Texas, ordering that relator be discharged from custody.